William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Steet, 2nd Flkr., Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-07-237 LKK** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ) | |
| SANTIAGO BORJON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Tuesday 24, 2007, should be vacated and reset for Tuesday, July 31, 2007, at 09:30 a.m. in Courtroom 4.

    The continuance is necessary due to a calender conflict of to defense counsel that was not realized at the time of the date was set, being on June 11, 2007 before Magistrate Judge Brennan and defense counsel is scheduled to be out of state, returning in the late afternoon of June 24, 2007.

    The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4] and for receipt of discovery of the

1 investigation as stated and agreed by the parties at the June 11,
2 2007 proceeding.
3  Mr. Borjon is released on a $400,000.00 secured Property
4 Bond and will be notified by defense counsel.
5  Accordingly, the defendant and the United States agree and
6 stipulate that the status conference should be continued until
7 09;30 a.m. on July 31, 2007.  AUSA Jason Hitt has given defense
8 counsel authorization to sign and submit this stipulation on June
9 12, 2007.
10
11 Dated: June 12, 2007
12                                    McGREGOR W. SCOTT
                                   United States Attorney
13
                                        /s/ Jason Hitt
14                             By:_____
                                    JASON HITT
15                                  Assistant U.S. Attorney
16 Dated: June 12, 2007
17                                    SANTIAGO BORJON, Jr.
                                   Defendant
18
19
                                   By:/s/William E. Bonham
20                                    WILLIAM BONHAM
                                      Counsel for Defendant
21
22
23
24                               **ORDER**
25  IT IS SO ORDERED.  This matter is continued until 09:30 a.m.
26 on Tuesday, July 31, 2007 for status conference.
27  I find that the  continuance is necessary and that time
28 should be excluded under the Speedy Trial Act due to needs of

2

counsel to prepare [Local Code T4] and for receipt of discovery of the investigation.  Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4], up to and including July 31, 2007.

Dated: June 13, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT