William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814
Telephone:  (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. **S-07-237 LKK** |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| SANTIAGO BORJON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Tuesday July 31, 2007, should be vacated and reset for Tuesday, September 11, 2007, at 09:30 a.m. in Courtroom 4.

    The continuance is necessary due to receiving initial discovery from the government last Friday, July 27, 2007 and AUSA Jason Hitt informed Defense Counsel today that extensive amount of additional discovery on computer disc will be forwarded in the near future.

     The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4] and for receipt of discovery as stated

1 above.  Defense requires additional time fopr preparation and
2 investigation of the case after receiving the additional
3 discovery and the government attorney has agreed to the
4 continuance to September 11, 2007 for further status conference.
5     Mr. Borjon is released on a $400,000.00 secured Property
6 Bond and defense counsel has obtained his consent to the above
7 continuance and is willing to waive any time necessary under the
8 Speedy trial Act.  Defense counsel will notify Mr. Borjon of the
9 new Court date once set by Court order.
10     Accordingly, the defendant and the United States agree and
11 stipulate that the status conference should be continued until
12 September 11, 2007.  AUSA Jason Hitt has given defense counsel
13 authorization to sign and submit this stipulation as of July 27,
14 2007.

16 Dated: July 30, 2007

17                             McGREGOR W. SCOTT
                                United States Attorney

                                    /s/ Jason Hitt
19                          By:_____
                                JASON HITT
20                              Assistant U.S. Attorney

21 Dated: July 30, 2007

22                              SANTIAGO BORJON, Jr.
                                Defendant


                                By:/s/William E. Bonham
25                                 WILLIAM BONHAM
                                   Counsel for Defendant

**ORDER**

IT IS SO ORDERED. This matter is continued until 09:30 a.m. on Tuesday, September 11, 2007 for status conference.

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4] and for receipt of discovery of the investigation. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4], up to and including September 11, 2007.

Dated: July 30, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT