```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANTIAGO BORJON, ) <br> ) <br> Defendant. ) <br> _____) | Case No. CR-S-07-0237 LKK <br><br> ORDER FOLLOWING <br> HEARING |

This matter came on for a status conference on September 11, 2007, at 9:30 a.m.  Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff United States of America and William Bonham, Esq., appeared on behalf of defendant Santiago BORJON.  The defendant was present out of custody.

The parties indicated that they are engaged in plea resolution discussions and therefore further time to evaluate the case is needed for further negotiations and defense preparation.  The parties asked that the matter be continued to October 30, 2007, and that the time from September 11, 2007, through October 30, 2007, be excluded under the Speedy Trial Act for defense counsel to become familiar with the case, pursue plea resolution, prepare for trial, and in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Therefore, based upon the representations of the parties at the April 10, 2007, status conference, IT IS HEREBY ORDERED that:

(1) A further status conference in this case is set for October 30, 2007, at 9:30 a.m.; and

(2) Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, the time period from September 11, 2007, up to and including October 30, 2007, is excluded from the time computation required by the Speedy Trial Act based upon the need for the parties continuing resolution of the case.

DATED: September 12, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT