1   McGREGOR W. SCOTT
    United States Attorney
2   JASON HITT
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2751

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   Case No. CR-S-07-0237 LKK
                                   )
11                 Plaintiff,      )   ORDER FOLLOWING
                                   )   HEARING
12       v.                        )
                                   )
13  SANTIAGO BORJON,               )
                                   )
14                 Defendant.      )
    _____)

15

16       This matter came on for a status conference on October 30, 2007,

17  at 9:30 a.m.  Assistant United States Attorney Mary Grad appeared on

18  behalf of plaintiff United States of America and William Bonham,

19  Esq., appeared on behalf of defendant Santiago BORJON.  The defendant

20  was present out of custody.

21       The parties indicated that they are engaged in plea resolution

22  discussions and the defense is examining the defendant's criminal

23  history and therefore further time is needed for further negotiations

24  and defense preparation.  The parties asked that the matter be

25  continued to January 8, 2008, and that the time from October 30,

26  2007, through January 8, 2007, be excluded under the Speedy Trial Act

27  for defense counsel to examine the defendant's criminal history,

28  pursue plea resolution, and in the interests of justice under 18

U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Therefore, based upon the representations of the parties at the October 30, 2007, status conference, IT IS HEREBY ORDERED that:

(1)  A further status conference in this case is set for January 8, 2008, at 9:30 a.m.; and

(2)  Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, the time period from October 30, 2007, up to and including January 8, 2008, is excluded from the time computation required by the Speedy Trial Act based upon the need for the parties continuing resolution of the case.


DATED: November 19, 2007


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT