William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814
Telephone:  (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. **S-07-237 LKK** |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| SANTIAGO BORJON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Tuesday, February 12, 2008, should be vacated and reset for change of plea on Tuesday, March 4, 2008, at 09:30 a.m. in Courtroom 4.

     The parties need additional time to discuss the written plea offer recently offered by the government, due to the government attorney being in trial as well as defense counsel having a full calender.

     The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare and for ongoing plea negotiations [Local Code T4 & T2].

1  Mr. Borjon is released on a $400,000.00 secured Property
2 Bond and defense counsel has obtained his consent to the above
3 continuance and is willing to waive any time necessary under the
4 Speedy trial Act.  Defense counsel will notify Mr. Borjon of the
5 new Court date once set by Court order.
6  Accordingly, the defendant and the United States agree and
7 stipulate that the status conference should be continued until
8 March 4, 2008.  AUSA Jason Hitt has given defense counsel
9 authorization to sign and submit this stipulation as of February
10 8, 2008.

11

12 Dated: February 11, 2008

13                               McGREGOR W. SCOTT
                                United States Attorney
14
                                   /s/ Jason Hitt
15                           By:_____
                                JASON HITT
16                              Assistant U.S. Attorney

17 Dated: February 11, 2008

18                               SANTIAGO BORJON, Jr.
                                Defendant
19

20
                             By:/s/William E. Bonham
21                              WILLIAM BONHAM
                                Counsel for Defendant
22

23

24
   /
25 /
   /
26 /
   /
27 /
   /
28 /

/
/

**ORDER**

**IT IS SO ORDERED.** This matter is continued until 09:30 a.m. on Tuesday, March 4, 2008 for status conference.

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel for additional time in ongoing plea negotiations [Local Code T4 & T2]. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4 & T2], up to and including March 4, 2008.

Dated: February 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT