William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814
Telephone:  (916) 557-1113

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      ) CR. No. S-07-237 LKK
                               )
              Plaintiff,       ) STIPULATION AND ORDER
        v.                     )
                               )
                               )
SANTIAGO BORJON,               )
                               )
              Defendant.       )
_____)
```

  The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Tuesday, March 4, 2008, should be vacated and reset for change of plea on Tuesday, March 25, 2008, at 09:30 a.m. in Courtroom 4.

  The parties need further additional time to discuss the written plea offer recently offered by the government, due to the government attorney being in trial as well as defense counsel having a full calender and being out sick for most of last week and this week.

  The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to

1 prepare and for ongoing plea negotiations [Local Code T4 & T2].

2     Mr. Borjon is released on a $400,000.00 secured Property
3 Bond and defense counsel has obtained his consent to the above
4 continuance and is willing to waive any time necessary under the
5 Speedy trial Act.  Defense counsel will notify Mr. Borjon of the
6 new Court date once set by Court order.

7     Accordingly, the defendant and the United States agree and
8 stipulate that the status conference should be continued until
9 March 25, 2008.  AUSA Jason Hitt has given defense counsel
10 authorization to sign and submit this stipulation as of February
11 28, 2008.

13 Dated: February 29, 2008

                      McGREGOR W. SCOTT
                      United States Attorney

                      /s/ Jason Hitt
              By:_____
                      JASON HITT
                      Assistant U.S. Attorney

18 Dated: February 29, 2008

                      SANTIAGO BORJON, Jr.
                      Defendant

              By:/s/William E. Bonham
                      WILLIAM BONHAM
                      Counsel for Defendant

25 /
26 /
27 /
28 /

1  /
2  /
/
/

3 **ORDER**

4  **IT IS SO ORDERED**. This matter is continued until 09:30 a.m.
5 on Tuesday, March 25, 2008 for status conference.
6  I find that the continuance is necessary and that time
7 should be excluded under the Speedy Trial Act due to needs of
8 counsel for additional time in ongoing plea negotiations [Local
9 Code T4 & T2]. Accordingly, time should be excluded under the
10 Speedy Trial Act due to needs of counsel to prepare [local code
11 T4 & T2], up to and including March 25, 2008.

13 Dated: March 3, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT