William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. **S-07-237 LKK** |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| SANTIAGO BORJON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Tuesday, March 25, 2008, should be vacated and reset for change of plea on Tuesday, April 8, 2008, at 09:30 a.m. in Courtroom 4.

    The parties need additional time to discuss the written plea offer by the government, due to the defense counsel having been sick for three weeks.

    The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare and for ongoing plea negotiations [Local Code T4 & T2].

    Mr. Borjon is released on a $400,000.00 secured Property

1  Bond and defense counsel has obtained his consent to the above
2  continuance and is willing to waive any time necessary under the
3  Speedy trial Act.  Defense counsel will notify Mr. Borjon of the
4  new Court date once set by Court order.
5      Accordingly, the defendant and the United States agree and
6  stipulate that the status conference should be continued until
7  April 8, 2008.  AUSA Jason Hitt has given defense counsel
8  authorization to sign and submit this stipulation.

10 Dated: March 20, 2008

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                        /s/ Jason Hitt
                                By:_____
                                      JASON HITT
                                      Assistant U.S. Attorney

15 Dated: March 20, 2008

                                    SANTIAGO BORJON, Jr.
                                    Defendant


                                By:/s/William E. Bonham
                                    WILLIAM BONHAM
                                    Counsel for Defendant

//
//
//
//
//
//
//

**ORDER**

**IT IS SO ORDERED.** This matter is continued until 09:30 a.m. on Tuesday, April 8, 2008 for change of plea.

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel for additional time in ongoing plea negotiations [Local Code T4 & T2]. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4 & T2], up to and including April 8, 2008.

Dated: March 21, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT