```
1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Street, 2nd Flr., Ste. A
3  Sacramento, California 95814

4  Telephone: (916) 557-1113
   Facsimile: (916) 557-1118
5  Email:     williambonhamatty@sbcglobal.net

6  Attorney for Santiago Borjon
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, )<br>　　v. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>SANTIAGO BORJON, 　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. 　)<br>_____) | CR. No. **S-07-237 LKK**<br><br>STIPULATION AND ORDER |

　　　The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment & Sentencing hearing currently scheduled for Tuesday, August 19, 2008, should be vacated and reset for Tuesday, September 9, 2008, at 09:30 a.m. in Courtroom 4.

　　　The parties need additional time to discuss the written plea agreement terms and preparation for defense Sentencing memorandum.  AUSA Jason Hitt has been unavailable this week and has agreed for need for continuance.

　　　The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to

1 prepare for sentencing and ongoing sentencing negotiation. [Local
2 Code T4 & T2].
3     Mr. Borjon is released on a $400,000.00 secured Property
4 Bond and is employed full-time and is in full compliance with
5 Pretrial Services and his conditions for release.  Defense
6 counsel has obtained his client's consent to the above
7 continuance and he waives any time necessary under the Speedy
8 trial Act.  Defense counsel will notify Mr. Borjon of the new
9 Court date once set by Court order.
10     Accordingly, the defendant and the United States agree and
11 stipulate that Judgment & Sentencing  should be continued to
12 September 9, 2008.  AUSA Jason Hitt has given defense counsel
13 authorization to sign and submit this stipulation.
14
15 Dated: August 14, 2008
16                              McGREGOR W. SCOTT
                             United States Attorney
17
                              /s/ Jason Hitt
18                       By:_____
                         JASON HITT
19                          Assistant U.S. Attorney
20 Dated: August 14, 2008
21                          SANTIAGO BORJON, Jr.
                         Defendant
22
23
                      By:/s/William E. Bonham
24                         WILLIAM BONHAM
                        Counsel for Defendant
25
26
27
28

**ORDER**

**IT IS SO ORDERED** that this matter is continued until 9:30 a.m. on Tuesday, September 9, 2008 for Judgment and Sentencing.

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel for additional time in ongoing sentencing preparation and negotiations [Local Code T4 & T2]. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4 & T2], up to and including September 9, 2008.

Dated: August 15, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT