William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email:     williambonhamatty@sbcglobal.net

Attorney for Santiago Borjon

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-07-237 LKK** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| SANTIAGO BORJON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment & Sentencing hearing currently scheduled for Tuesday, September 9, 2008 at 9:15 a.m., should be vacated and reset for  Tuesday, September 30, 2008, at 09:15 a.m. in Courtroom 4.

The parties need additional time to discuss the written plea agreement terms and preparation for defense Sentencing memorandum.  AUSA Jason Hitt has been out of the office all this week and has agreed for need for continuance.

The parties further agree and stipulate that time should be

excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing sentencing negotiation. [Local Code T4 & T2].

    Mr. Borjon is released on a $400,000.00 secured Property Bond and is employed full-time and is in full compliance with Pretrial Services and his conditions for release.  Defense counsel has obtained his client's consent to the above continuance and he waives any time necessary under the Speedy trial Act.  Defense counsel will notify Mr. Borjon of the new Court date once set by Court order.

    Accordingly, the defendant and the United States agree and stipulate that Judgment & Sentencing  should be continued to September 30, 2008.  AUSA Jason Hitt has given defense counsel authorization to sign and submit this stipulation.

Dated: September 4, 2008

                              McGREGOR W. SCOTT
                              United States Attorney

                                /s/ Jason Hitt
                        By:_____
                           JASON HITT
                           Assistant U.S. Attorney

Dated: September 4, 2008

                              SANTIAGO BORJON, Jr.
                              Defendant


                        By:/s/William E. Bonham
                           WILLIAM BONHAM
                           Counsel for Defendant

**ORDER**

**IT IS SO ORDERED** that this matter is continued until 9:15 a.m. on Tuesday, September 30, 2008 for Judgment and Sentencing.

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel for additional time in ongoing sentencing preparation and negotiations [Local Code T4 & T2]. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4 & T2], up to and including September 30, 2008.

Dated: September 5, 2008

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT