1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Street, 2nd Flr., Ste. A
3  Sacramento, California 95814

4  Telephone: (916) 557-1113
   Facsimile: (916) 557-1118
5  Email:      williambonhamatty@sbcglobal.net

6  Attorney for Santiago Borjon

7

8

9

              **IN THE UNITED STATES DISTRICT COURT FOR THE**
10
                  **EASTERN DISTRICT OF CALIFORNIA**
11

12
   UNITED STATES OF AMERICA,      )   CR. No. **S-07-237 LKK**
13                                 )
                     Plaintiff,    )   STIPULATION AND ORDER
14          v.                     )
                                   )
15                                 )
   SANTIAGO BORJON,               )
16                                 )
                     Defendant.    )
17  _____)

18
        The defendant, through his undersigned counsel, and the
19
   United States, through its undersigned counsel, agree and
20
   stipulate that Judgment & Sentencing hearing currently scheduled
21
   for Tuesday, September 30, 2008 at 9:15 a.m., should be vacated
22
   and reset for  Tuesday, November 4, 2008, at 09:15 a.m. in
23
   Courtroom 4.
24
        The parties need additional time to discuss the written plea
25
   agreement terms and preparation for defense Sentencing
26
   memorandum.  AUSA Jason Hitt has agreed to continuance.
27
        The parties further agree and stipulate that time should be
28
   excluded under the Speedy Trial Act due to needs of counsel to

1   prepare for sentencing and ongoing sentencing negotiation. [Local

2   Code T4 & T2].

3        Mr. Borjon is released on a $400,000.00 secured Property

4   Bond and is employed full-time and is in full compliance with

5   Pretrial Services and his conditions for release.  Defense

6   counsel has obtained his client's consent to the above

7   continuance and he waives any time necessary under the Speedy

8   trial Act.  Defense counsel will notify Mr. Borjon of the new

9   Court date once set by Court order.

10       Accordingly, the defendant and the United States agree and

11  stipulate that Judgment & Sentencing  should be continued to

12  November 4, 2008.  AUSA Jason Hitt has given defense counsel

13  authorization to sign and submit this stipulation.

14

15  Dated: September 25, 2008

16                                   McGREGOR W. SCOTT
                                     United States Attorney
17
                                         /s/ Jason Hitt
18                                By:_____
                                     JASON HITT
19                                   Assistant U.S. Attorney

20  Dated: September 25, 2008

21                                   SANTIAGO BORJON, Jr.
                                     Defendant
22

23
                                  By:/s/William E. Bonham
24                                   WILLIAM BONHAM
                                     Counsel for Defendant
25

26

27

28

                                     2

1

2

**ORDER**

3

4

   **IT IS SO ORDERED** that this matter is continued until

5

9:15 a.m. on Tuesday, November 4, 2008 for Judgment and

6

Sentencing.

7

   I find that the continuance is necessary and that time

8

should be excluded under the Speedy Trial Act due to needs of

9

counsel for additional time in ongoing sentencing preparation and

10

negotiations [Local Code T4 & T2].  Accordingly, time should be

11

excluded under the Speedy Trial Act due to needs of counsel to

12

prepare [local code T4 & T2], up to and including September 30,

13

2008.

14

15

Dated: September 26, 2008

16

17

18

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

3