William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for Santiago BORJON

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-07-237 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| SANTIAGO BORJON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The defendant, Santiago Borjon, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Judgment and Sentencing scheduled for Thursday, November 4, 2008 at 9:15 a.m. should be vacated and continued until Tuesday January 6, 2009 at 9:15 a.m.

The parties need additional time to discuss the written plea agreement terms and preparation for defense Sentencing memorandum.  AUSA Jason Hitt has agreed for need for continuance.

The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing sentencing negotiation. [Local Code T4 & T2]

Mr. Borjon is released on a $400,000.00 secured Property Bond and is employed full-time and is in full compliance with Pretrial Services and his conditions for release.  Defense counsel has obtained his client's consent to the above continuance and he waives any time necessary under the Speedy trial Act.  Defense counsel will notify Mr. Borjon of the new Court date once set by Court order.

Accordingly, the defendant and the United States agree and stipulate that Judgment & Sentencing should be continued to January 6, 2009.  AUSA Jason Hitt has given defense counsel authorization to sign and submit this stipulation.

Dated: October 29, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Jason Hitt for
By:_____
JASON HITT
Assistant U.S. Attorney

Dated: October 29, 2008

SANTIAGO BORJON
Defendant

By:/s/ William E. Bonham for
WILLIAM E. BONHAM
Counsel for Defendant

**ORDER**

1      IT IS SO ORDERED.  This matter is continued until 9:15 a.m. on Tuesday, January

2 6, 2009 for Judgment & Sentencing.

3      I find that the continuance is necessary and that time should be excluded under the

4

5 Speedy Trial Act due to needs of counsel for additional time in ongoing sentencing preparation

6 and negotiations [Local Code T4 & T2]. Accordingly, time should be excluded under the Speedy

7 Trial Act due to needs of counsel to prepare [local code T4 & T2], up to and including January 6,

8 2009.

9

10 Dated: October 30, 2008

11

12 LAWRENCE K. KARLTON
SENIOR JUDGE

13 UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28