William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Santiago BORJON

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-07-237 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE JUDGEMENT AND |
| v. ) | SENTENCING |
| ) | |
| SANTIAGO BORJON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The defendant, Santiago Borjon, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Judgment and Sentencing scheduled for Wednesday, May 27, 2009 at 9:15 a.m. should be vacated and continued until Tuesday, June 16, 2009 at 9:15 a.m.

    The parties need additional time to discuss the written plea agreement terms and preparation for defense sentencing memorandum.

1

The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing sentencing negotiation. [Local Code T4 & T2]

Mr. Borjon is released on a $400,000.00 secured Property Bond and is employed full-time and is in full compliance with Pretrial Services and his conditions for release. Defense counsel has obtained his client's consent to the above continuance and he waives any time necessary under the Speedy trial Act.

I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order.

Accordingly, the defendant and the United States agree and stipulate that Judgment & Sentencing should be continued to Tuesday, June 16, 2009.

Dated: May 26, 2009

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                              By: /s/ William E. Bonham for
                                              JASON HITT
                                              Assistant U.S. Attorney

Dated: May 26, 2009

                                              By: /s/ William E. Bonham for
                                              WILLIAM E. BONHAM
                                              Counsel for Defendant Santiago Borjon

## **ORDER**

IT IS SO ORDERED. This matter is continued until 9:15 a.m. on Tuesday, June 16, 2009 for Judgment & Sentencing.

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel for additional time in ongoing sentencing preparation and negotiations [Local Code T4 & T2]. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4 & T2], up to and including June 16, 2009.

Dated: May 26, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT