1  William Bonham, SBN: 55478
2  916 2nd Street, 2nd Floor
3  Sacramento, CA 95814
4  Telephone: (916) 557-1113
5  Attorney for defendant SANTIAGO BORJON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:07-CR- 237- LKK |
|---|---|
| Plaintiff, | **APPLICATION FOR A COURT ORDER TO EXONERATE BOND AND RECONVEY PROPERTY** |
| v. | |
| SANTIAGO BORJON, | |
| Defendant. | |

The defendant, Santiago Borjon, by and through his undersigned counsel, William E. Bonham, requests that the Court order the appearance bond secured by real properties located at 516 and 518 Second Street, Galt, CA 95632, be exonerated and the title to said properties be reconveyed back to the property's owner, Solia Nino.

In an indictment filed May 31, 2007 the government charged defendant Santiago Borjon with a single count of distribution of at least 50 grams of methamphetamine in violation of 21 U.S.C. § 841.

Mr. Borjon was released from custody pending trial on an appearance bond secured by real properties located at 516 and 518 Second Street, Galt, CA 95632.

On April 8, 2008 Mr. Borjon entered a guilty plea to count one of the indictment pursuant to a plea agreement.

1

1     On June 16, 2009 Mr. Borjon was sentenced to 66 months imprisonment, 60 months

2 supervised release and a $100.00 special assessment.   At the conclusion of the hearing Mr.

3 Borjon was remanded into the custody of the U.S. Marshal.

4     The judgment was executed on July 22, 2009 when Mr. Borjon was delivered to FCI

5 Herlong.  Mr. Borjon was released from BOP custody on March 22, 2013.

6     As the proceedings against Mr. Borjon have long since concluded and the Court's

7 judgment been satisfied, it is requested at this time that the Court order the appearance bond,

8 secured by real properties located at 516 and 518 Second Street, Galt, CA 95632, be exonerated

9 and the title of the property reconveyed to the owner, Solia Nino.

10 Dated: January 16, 2014

11

12                                  By:/s/ <u>WILLIAM E. BONHAM for</u>
                                    WILLIAM E. BONHAM
                                    Counsel for Defendant

13                                  Santiago Borjon

14

15     IT IS SO ORDERED.

16 Dated:  January 17, 2014.

17                               EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28