William Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 557-1113

Attorney for defendant SANTIAGO BORJON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTIAGO BORJON,<br><br>    Defendant. | No. 2:07-CR-237-LKK<br><br>[~~PROPOSED~~] **ORDER TO EXONERATE BOND AND RECONVEY PROPERTY** |

**ORDER**

The appearance bond secured by real properties located at 159 F Street, Galt, CA 95632, is exonerated and the title to said properties is to be reconveyed back to the property's owner, Solia Nino.

IT IS SO ORDERED.

Dated: January 23, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE